November 22, 2017

Clerk of the Court                          Victor Vega, #1447025
12th Court of Appeals                       Michael Unit
1517 W. Front Street, Suite 354             2664 FM 2054
Tyler TX 75702                              Tennessee Colony TX 75886

Re: Appellate Cause No. 12-17-00302-CV
    Trial Court Cause No. DCCV17-432-349
    VEGA v. Davis, et al.

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 2 9 2017  e l Km

TYLER TEXAS
PAM ESTES, CLERK

To the Clerk of the Court:

Today I received a file stamped copy of my letter to the 349th Judicial
District Court Clerk.  I had intended to copy you with the initial mailing,
unfortunately, I mixed up the letters and sent your copy to the 349th
Judicial District.

Please find enclosed, the original letter, along with a file stamped copy of
my correspondence with the Trial Court Clerk's Office.

My intent is to insure that all parties are up to date on the status of this
action.

Please return a file marked copy of the included letter dated November 2,
2017, addressed to this office.  For your convenience, I have enclosed a
self-addressed, stamped envelope for this purpose.

Your attention in this matter is greatly appreciated.

                              Respectfully,


                              Victor Vega, #1447025
                              Pro Se




VBV

Encl.

Cc: file

November 2, 2017

Clerk of the Court                          Victor Vega #1447025
12th Court of Appeals                        Michael Unit
1517 W. Front Street, Suite 354              2664 FM 2054
Tyler TX 75702                               Tennessee Colony TX 75886

Re: Trial Court Cause No. DCCV17-432-349
    Appellate Cause No. 12-17-00302-CV
    VEGA v. Davis, et al.

To the Clerk of the Court:

Today I received notice of the 349th Judicial District Court Clerk's request
for extension in preparing and transmitting the Clerk's Record, as required
by Tex.R.App.P. 34.5.

I am including a copy of my letter to the Trial Court Clerk, in which I
explained I did in fact file a Declaration of Inability to Pay Costs in the
Trial Court, as well as advised the Trial Court Clerk I was proceeding under
the presumption of indigence pursuant to Tex.R.App.P. 20.1(b)(2).

I also never received a file marked copy of my Motion for Review of Trial
Court's Order, which I sent on September 29, 2017, and included a self-
addressed, stamped envelope.  Please return a file marked copy of this
letter, in addition to the file marked copy of my Motion for Review of Trial
Court's Order in the included self-addressed, stamped envelope.

                            Respectfully,

                            Victor Vega, #1447025
                            Pro Se

VBV

Encl.

Cc: file

November 2, 2017

Clerk of the Court
349th Judicial District
Anderson County
500 N. Church Street, Room 18

Victor Vega #1447025
Michael Unit
2664 FM 2054
Tennessee Colony TX 75886

Re: Trial Court Cause No. DCCV17-432-349
    Appellate Cause No. 12-17-00302-CV
    VEGA v. Davis, et al.

To the Clerk of the Court:

Today I received notice of your request for an extension in filing the Clerk's Record with the 12th Court of Appeals, as required by Tex.R.App.P. 34.5.

I am confused by this request, and that it cites "Appellant has made no claim of indigence and has failed to pay the required fee…". I filed a Declaration of Inability to Pay Costs, along with a TDCJ Trust Fund Data Sheet with my initial Petition for Judicial Review, filed July 18, 2017, with this Court, see Petitioner's Exhibit G.

In addition, my Request for Clerk's Record, filed with this Court on October 19, 2017, clearly states that I am proceeding in this appeal under the presumption of indigence, pursuant to Tex.R.App.P. 20.1(b)(2).

I would send copies of both of these documents, however, I only posess one copy of each in my files and have no means of making photo copies. Please see the originals of these documents, previously filed with this Court.

At no time has this Court declared that I am not indigent. In the Court's Order, it was noted that I had funds available, and that the Court ordered costs to be taxed. If necessary, please add the $21.00 cost of record preparation to those costs taxed by the Court, so they can be withdrawn from my Trust Fund Account in installments.

I also never received a file marked copy of my Amended Notice of Appeal, which I sent on October 15, 2017, and included a self-addressed, stamped envelope. Please return a file marked copy of this letter, in addition to the file marked copy of my Amended Notice of Appeal in the included self-Addressed, stamped envelope.

Respectfully,

Victor Vega, #1447025
Pro Se

FILED FOR RECORD
At_____o'clock____

NOV 0 8 2017

JANICE STAPLES
District Clerk, Anderson County, TX
by_____Dep.

VBV

Encl.

Cc: 12th Court of Appeals Clerk
    file